

James H. Hohenstein
Marie E. Larsen
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Telefax: 212-385-9010
Email: jim.hohenstein@hklaw.com
         marie.larsen@hklaw.com

*Attorneys for Plaintiff*
*Clearlake Shipping Pte Ltd*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLEARLAKE SHIPPING PTE LTD.,

                      Plaintiff,

   - against -

O.W. BUNKER (SWITZERLAND) SA, O.W. BUNKER USA INC., O.W. BUNKER NORTH AMERICA INC., O.W. BUNKER HOLDING NORTH AMERICA INC., WESTOIL MARINE SERVICES, INC., ING BANK N.V.

                      Defendants.

---

14 Civ. _____



**RULE 7.1 STATEMENT**

    I, James H. Hohenstein, attorney of record for Plaintiff Clearlake Shipping Pte Ltd ("Clearlake") having filed a pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

    Clearlake is a wholly-owned subsidiary of Clearlake Invest Ltd, which is a non-publicly traded corporation.

Dated:  New York, New York
       November 21, 2014

HOLLAND & KNIGHT LLP

By: _____
James H. Hohenstein
Marie E. Larsen
31 West 52nd Street
New York, New York 10019
Telephone:  212-513-3200
Telefax: 212-385-9010
Email:  jim.hohenstein@hklaw.com
          marie.larsen@hklaw.com

*Attorneys for Plaintiff Clearlake Shipping Pte Ltd.*

#34097601_v1